Commonwealth ex rel. Lynn, Appellant, *v.* Russell.

Submitted September 12, 1966. *Paul Eugene Lynn, Jr.,* appellant, in propria persona; no argument was made nor brief submitted for appellee.

Order affirmed.

Commonwealth ex rel. Pinkett, Appellant, *v.* Rundle.

Submitted September 12, 1966. *Luther Pinkett, Jr.,* appellant, in propria persona; *Richard A. Devlin* and *Henry T. Crocker,* Assistant District Attorneys, and *Richard S. Lowe,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Snook, Appellant, *v.* Rundle.

Submitted September 12, 1966. *John Snook,* appellant, in propria persona; *Ralph B. D'Iorio* and *Vram S. Nedurian,* Assistant District Attorneys, *Paul R. Sand,* First Assistant District Attorney, and *Jacques H. Fox,* District Attorney, for appellee.

Order affirmed.

HOFFMAN, J., dissents because appellant's statement, which was elicited without a prior warning of his right to remain silent and which admitted an essential element of the crime charged, was introduced into evidence against him.